UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA C. ALFARO BRITTANY,<br><br>Plaintiff,<br><br>v.<br><br>USA MILITARY INC.,<br><br>Defendant. | Case No. 2:25-cv-0771-TLN-JDP (PS)<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, proceeding pro se, has requested leave to proceed *in forma pauperis* and has submitted an affidavit in support of her application, as required by 28 U.S.C. § 1915(a)(1). ECF No. 2.

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). This court also requires a $55 administrative fee. The court may authorize the commencement of an action without prepayment of fees and costs or security therefor, by a person who submits an affidavit showing that he is unable to pay such costs or give security therefor. 28 U.S.C. § 1915(a)(1). An *in forma pauperis* applicant must demonstrate that because of her poverty, she cannot meet court costs and still provide herself and her dependents with the necessities of life. *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (affidavit is sufficient if it represents that the litigant is "unable to pay for the court fees and costs, and to provide necessities for himself and his dependents") (citing *Adkins v.*

*E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948); *see also, Sears, Roebuck & Co. v. Charles W. Sears Real Estate, Inc.*, 865 F.2d 22, 23 (2d Cir. 1988) (denying *in forma pauperis* status where applicant had a net income of approximately $20,000).

Plaintiff's affidavit indicates that her monthly gross income is $15,000 and that she has $36,000 in her checking account.[1] ECF No. 2 at 1-2. She states no debt or other financial obligations, although she does have multiple dependents to whom she provides some financial assistance and her rent is $710 monthly. *Id*. at 2. Based on those averments, I find that plaintiff has failed to demonstrate that she has insufficient assets to pay the filing fee and costs and provide the necessities of life to herself and her dependents.

Accordingly, it is hereby RECOMMENDED that:

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be denied.

2. Plaintiff be given twenty-one from the date of any order adopting these findings and recommendations to pay the filing fee of $405.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

---

[1] Plaintiff filed *in forma pauperis* application in another case in this district three days later and indicated that she has a monthly gross income of $25,000 and $65,000 in her checking account. *Brittany v. Yolo County Police Department*, 2:25-cv-0778-DAD-JDP, ECF No. 2.

IT IS SO ORDERED.

Dated: __March 12, 2025__

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3