UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLA C. ALFARO BRITTANY,<br><br>Plaintiff,<br><br>v.<br><br>USA MILITARY INC,<br><br>Defendant. | No. 2:25-cv-00771-TLN-JDP<br><br>**ORDER** |

Plaintiff Michella C. Alfaro Brittany ("Plaintiff") filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 13, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 3.) No objections were filed. On April 18, 2025, this Court adopted the findings and recommendations, denied Plaintiff's application to proceed in forma pauperis, and directed her to pay the filing fee within twenty-one days. (ECF No. 4.) The time has passed and Plaintiff has failed to pay the required filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice for failure to pay the required filing fee.

1

IT IS SO ORDERED.

Date: May 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE